906

No. 87–1141. KOCH REFINING CO. ET AL. v. FARMERS UNION CENTRAL EXCHANGE, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–1144. IN RE VANNIER. Sup. Ct. Mo. Certiorari denied.

No. 87–1147. VILLAGE OF NEW LENOX, ILLINOIS v. UNION NATIONAL BANK & TRUST COMPANY OF JOLIET, AS TRUSTEE, ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 87–1149. REAGIN v. TERRY ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–1158. FORASTIERE, CHAIRMAN OF THE BOARD OF FIRE COMMISSIONERS OF SPRINGFIELD, MASSACHUSETTS v. BREAULT. Sup. Jud. Ct. Mass. Certiorari denied.

No. 87–1171. CODY ET AL. v. HILLARD ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–1175. PARKER-HANNIFIN CORP. v. KISER ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–1188. CASTANEDA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 8th Cir. Certiorari denied.

No. 87–1204. JONES ET UX. v. BOROUGH OF MORRISVILLE, PENNSYLVANIA, ET AL; and JONES ET UX. v. PRINCETON UNIVERSITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–1211. GUIDER v. SMITH ET AL. Ct. App. Mich. Certiorari denied.

No. 87–1233. MacDONALD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–1242. GOAD v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–1247. McDONOUGH v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.